# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TERRENCE WILLIAMS,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, INC.,<br>*et al.*,<br><br>    *Defendants* | No. 25-cv-2505-ABA |

## ORDER

Upon consideration of the motion to dismiss filed by the American Arbitration Association, Inc. and Marina Cortez and the response thereto (ECF Nos. 11 & 16), the motion to dismiss and motion for judicial notice filed by Pavel Ekmekchyan, Esq. and Yu Mohandesi, LLP (ECF Nos. 17 & 18), and Plaintiff's request for default (ECF No. 21), and for the reasons stated in the accompanying memorandum, it is ORDERED that:

1. the motion for judicial notice (ECF No. 18) is GRANTED;

2. Plaintiff's request for default (ECF No. 21) is DENIED;

3. the motions to dismiss (ECF Nos. 11 & 17) are GRANTED and the case is DISMISSED with prejudice. The Clerk of Court shall mark the case as CLOSED.

Date: January 12, 2026

                                                                                    /s/
                                                         Adam B. Abelson
                                                         United States District Judge